IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carroll, Robert | Case Number: 07 B 19510 |
| Carroll, Robbie G | Judge: Hollis, Pamela S |
| Printed: 01/22/09 | Filed: 10/21/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 14, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,183.25 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,404.65 |
| Priority: | | 0.00 |
| Administrative: | | 2,854.00 |
| Trustee Fee: | | 678.61 |
| Other Funds: | | 1,245.99 |
| Totals: | 12,183.25 | 12,183.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph P Doyle | Administrative | 2,854.00 | 2,854.00 |
| 2. | Portfolio Recovery Associates | Unsecured | 5,598.61 | 1,796.60 |
| 3. | Capital One | Unsecured | 3,855.67 | 1,237.30 |
| 4. | Capital One | Unsecured | 1,481.49 | 694.68 |
| 5. | Capital One | Unsecured | 4,233.77 | 1,358.62 |
| 6. | Portfolio Recovery Associates | Unsecured | 5,610.31 | 1,800.29 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,611.55 | 517.16 |
| 8. | Cache Inc | Unsecured | | No Claim Filed |
| 9. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 10. | The Garbis Law Firm | Unsecured | | No Claim Filed |
| 11. | HSBC | Unsecured | | No Claim Filed |
| 12. | Unifund Corporation | Unsecured | | No Claim Filed |
| 13. | LVNV Funding | Unsecured | | No Claim Filed |
| 14. | Bank Of America | Unsecured | | No Claim Filed |
| | | | $ 25,245.40 | $ 10,258.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 162.92 |
| 6.5% | 460.86 |
| 6.6% | 54.83 |
| | $ 678.61 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Carroll, Robert
Carroll, Robbie G
Printed: 01/22/09

Case Number: 07 B 19510
Judge: Hollis, Pamela S
Filed: 10/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

